No. 49426.—Protest 963181–G of Ti Hang Lung & Co. (San Francisco).

Opinion by COLE, J. The commodity which was classified as a mixture of chemical compounds was found to be a flavoring mixture containing, among other ingredients, 16.75 percent salt. In accordance therewith and following *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247), and in accordance with stipulation of counsel, the merchandise was excluded from paragraph 5 (chemical compounds) and held dutiable at 20 percent ad valorem as a nonenumerated manufactured article under paragraph 1558 (19 U. S. C. 1940 ed. § 1001, par. 1558). It was also stipulated that the waisan (stick form), yook jook, and sar sum are similar to those involved in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) and were therefore held entitled to free entry under paragraph 1669 (19 U. S. C. 1940 ed. § 1201, par. 1669). Protest sustained to this extent.